# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 23-00214-CR-01,14-W-SRB |
| RUSSELL L. SPENCER JR., and AUSTIN W SMITH, | ) ) ) ) | |
| Defendant. | ) | |

## MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On November 28, 2023, the Grand Jury returned a seventeen-count Superseding Indictment charging Defendants Russell L. Spencer, Jr. and Austin W. Smith, along with fourteen other defendants,[1] with one count of conspiracy to distribute 1 kilogram or more of phencyclidine (PCP) (Count One). Defendant Smith was also charged with possession with intent to distribute PCP (Count Thirteen). Additionally, there is a forfeiture allegation.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
        Government: Brandon E. Gibson and Trey Alford
            Case Agent: Special Agent Abigail Tarwater
            Paralegal: Jeff Gorup
        Defense:
            Defendant Spencer: Matthew T. Merryman and possibly Nicholas Bates
            Defendant Smith: Thomas H. Johnson

**CERTIFICATE OF COMPLIANCE:** The Government and defense counsel have certified that each have produced all discovery in accordance with the deadlines established in the Arraignment and Discovery Order and have timely complied with all pretrial filing deadlines established by the Scheduling and Trial Order up to the date of the pretrial conference.

---

[1] Defendants Charles N. Hill, III (2), Ra'Shaan R. Wilson (4), Charles J. Wiley (5), Dorothea L. Cain (7), Bobby Graves, III (9), Robert E. Ridley (10), Raymond D. Stewart (11), Aaron J. Schultz (13), and Jimmy L. Abron (15) have pled guilty and received their sentence. Defendants Kessa R. Gines (3), Raven Hicks (6), and Alfred E Woods, Jr. (16) have pled guilty and are awaiting sentence. Defendant Jabari M. Craddock (12) pled guilty and is participating in the Intensive Drug Treatment Court. Defendant Chiatez A. Sexton (8) is scheduled to change his plea on December 4, 2025.

**OUTSTANDING MOTIONS**: Currently, no outstanding motions. Defendant Smith has a potential motion to compel disclosure (name and address) of potential witness.

**TRIAL WITNESSES**:
    Government: 12 with stipulations; 15 without stipulations
    Defendants:
        Defendant Spencer: 3 witnesses, including the Defendants
        Defendant Smith: no more than 4 witnesses

**TRIAL EXHIBITS:**
    Government: approximately 120 exhibits
    Defendants:
        Defendant Spencer: approximately 50 exhibits
        Defendant Smith: approximately 50 exhibits

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
    (X) Definitely for trial; ( ) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME: 3½ to 4 days total**
    Government's case including jury selection: 3 day(s)
    Defendants:
        Defendant Spencer: ½ day
        Defendant Smith: 1 day

**STIPULATIONS**: None at this time but the Government has proposed stipulations and is in discussion regarding drug chemistry and foundation for wire calls.

**UNUSUAL QUESTIONS OF LAW:** None

**FILING DEADLINES:** The parties are reminded of the following pretrial filing deadlines as originally set forth in the Scheduling and Trial Order (Doc. #183):

    **Witness and Exhibit Lists: Due no later than fourteen days prior to trial.**

    Please note: Counsel are requested to list witnesses in alphabetical order on their witness list.

    **Motion in Limine: Due no later than fourteen days prior to trial.**

    **Stipulations: Due no later than fourteen days prior to trial.**

    **Additionally, Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions are due no later than seven days prior to trial.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

**TRIAL SETTING**: Criminal jury trial docket set for December 1, 2025.

Normal jury panel: Yes

**Please note:** Both the defense counsel for Defendant Spencer and the Government request the second week due to a conflict.

**IT IS SO ORDERED.**

                                           */s/ Lajuana M. Counts*
                                           Lajuana M. Counts
                                           United States Magistrate Judge